

GREGORY MORVILLO
(646) 831-1531
GM@MorvilloPLLC.com
www.MorvilloPLLC.com

September 22, 2020

*Via ECF*

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: <u>United States v. Redhwan Alzanam, S1 19 Cr. 364 (RMB)</u>

Dear Judge Berman:

    The undersigned represents Redhwan Alzanam in the above captioned matter. I write, with no objection from the government, to request a brief extension to file the defendant's sentencing submission, currently due tomorrow as per the Court's individual rules of practice requiring defense submissions two weeks prior to the sentencing date of October 7, 2020.

    The reason for the request is because the Probation Department has not yet issued the final presentence report. Probation Officer Alicia Black has informed the parties that she is hopeful the final report will be issued on Thursday. Accordingly, we respectfully request that the defense be permitted to file its sentencing submission on Monday September 28, 2020 and that the government's submission be due on Friday October 2, 2020.

    Should Your Honor require anything further on this issue I am available at the Court's convenience to discuss the matter.

> Sentence is adjourned to 10/26/2020 at 9:00 am. Defense submission is due 10/12/2020. Government submission is due 10/19/2020.
>
> SO ORDERED:
> Date: 9/23/2020
> *Richard M. Berman*
> Richard M. Berman, U.S.D.J.

Respectfully submitted,

/s/

Gregory Morvillo

loPLLC.com