**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                 Government,

                                 19 CR. 364 (RMB)

    -against-

                                 **<u>ORDER</u>**

REDHWAN ALZANAM,
                 Defendant.
------------------------------------------------------------X

        The sentencing previously scheduled for Monday, October 26, 2020 at 9:00 AM is hereby rescheduled to Monday, November 2, 2020 at 9:00 AM.


Dated: October 20, 2020
        New York, NY

                              _____
                                 RICHARD M. BERMAN
                                    U.S.D.J.