**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                          19 CR. 364 (RMB)

   -against-

                                                          **ORDER**

REDHWAN ALZANAM,
                Defendant.
------------------------------------------------------------X

      The sentencing previously scheduled for Monday, November 2, 2020 at 9:00 AM is hereby rescheduled to Wednesday, November 4, 2020 at 9:00 AM. The sentencing will be held by video via CourtCall.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (855) 268-7844
    Access Code: 67812309#
    PIN: 9921299#

Dated: October 28, 2020
       New York, NY

                                                          _____
                                                          RICHARD M. BERMAN
                                                              U.S.D.J.