UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
                                    :

UNITED STATES OF AMERICA       :      **SEALED ORDER**

       - v. -                        :      S1 19 Cr. 364 (RMB)

REDHWAN ALZANAM,              :

               Defendant.    :

- - - - - - - - - - - - - - - - - -X

       WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on October 17, 2019;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant's guilty plea is accepted; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/5/2020

IT IS FURTHER ORDERED that this order be filed under seal with delayed docketing, pending further order of the Court.

Dated:   New York, New York
         October 31, 2019

                              SO ORDERED:

                              *RMB*
                              _____
                              HONORABLE RICHARD M. BERMAN
                              UNITED STATES DISTRICT JUDGE
                              SOUTHERN DISTRICT OF NEW YORK