UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                       Government,    :       19 CR. 364 (RMB)
                                          :
      - against -              :       **ORDER**
                                          :
REDHWAN ALZANAM,                         :
                       Defendant.     :
---------------------------------------------------------------x

       The continuance of the sentencing hearing in this case will proceed on Monday, November 16, 2020 at 9:00 AM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0364

Dated: November 12, 2020
       New York, NY

                                      _____
                                         RICHARD M. BERMAN
                                             U.S.D.J.