**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

UNITED STATES OF AMERICA,
                Government,

    -against-

REDHWAN ALZANAM,
                Defendant.
------------------------------------------------------------X

19 CR. 364 (RMB)

**<u>ORDER</u>**

The supervised release hearing previously scheduled for Monday, June 7, 2021 at 9:00 AM is hereby rescheduled to 11:30 AM on the same date.

In light of the continuing COVID-19 pandemic, the hearing will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0364

Dated: June 3, 2021
       New York, NY

                                             _____
                                               RICHARD M. BERMAN
                                                    U.S.D.J.