UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                      19 CR. 364 (RMB)

  -against-

                                      **ORDER**

REDHWAN ALZANAM,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing previously scheduled for Tuesday, September 21, 2021 at 10:30 AM is hereby rescheduled to 9:30 AM on the same date.

      In light of the continuing COVID-19 pandemic, the hearing will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0364

Dated: September 15, 2021
       New York, NY

                                              *Richard M. Berman*
                                        _____
                                           RICHARD M. BERMAN
                                                U.S.D.J.