UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      19 CR. 364 (RMB)

   -against-

                                                      **ORDER**

REDHWAN ALZANAM,
                Defendant.
------------------------------------------------------------X

      The supervised release conference previously scheduled for Thursday, January 20, 2022 at 9:30 AM is hereby rescheduled for 12:00 PM on the same date.

      In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0364

Dated: January 12, 2022
       New York, NY

                                                 _____
                                                 RICHARD M. BERMAN
                                                        U.S.D.J.