**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                                                      19 CR. 364 (RMB)

   -against-

                                                                                                     **ORDER**

REDHWAN ALZANAM,
                Defendant.
------------------------------------------------------------X

     The supervised release conference previously scheduled for Wednesday, May 25, 2022 at 9:00 AM is hereby rescheduled to Monday, March 28, 2022 at 11:30 AM.

     In light of the continuing COVID-19 pandemic, the proceeding will be held by video via Microsoft Teams pursuant to the CARES Act and applicable implementing court procedures.

     Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0364

Dated: March 23, 2022
       New York, NY

                                                                              _____
                                                                                 RICHARD M. BERMAN
                                                                                      U.S.D.J.