**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                  19 CR. 364 (RMB)
   -against-

                                                                <u>**ORDER**</u>

REDHWAN ALZANAM,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Monday, May 2, 2022 at 10:30 is hereby rescheduled to Tuesday, May 10, 2022 at 10:30 AM.

      In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0364

Dated: May 2, 2022
       New York, NY

                                                       _____
                                                           RICHARD M. BERMAN
                                                                 U.S.D.J.