UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

              19 CR. 364 (RMB)

   -against-

**ORDER**

REDHWAN ALZANAM,
              Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, July 6, 2022 at 10:30 AM will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0364

Dated: June 29, 2022
       New York, NY

                                                    RICHARD M. BERMAN
                                                    U.S.D.J.