**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

                                                                               19 CR. 364 (RMB)
    -against-

                                                                               **ORDER**

REDHWAN ALZANAM,
            Defendant.
------------------------------------------------------------X

       The supervised release hearing previously scheduled for Tuesday, August 30, 2022 at 10:30 AM is hereby rescheduled to Monday, August 29 at 9:00 AM

       In light of the continuing COVID-19 pandemic, the proceeding will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0364

Dated: July 20, 2022
       New York, NY

                                                                             *Richard M. Berman*
                                                                      _____
                                                                       RICHARD M. BERMAN
                                                                           U.S.D.J.