UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
           Government,

    -against-

REDHWAN ALZANAM,
           Defendant.
------------------------------------------------------------X

19 CR. 364 (RMB)

**ORDER**

Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: August 18, 2022
      New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.