UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

REDHWAN ALZANAM,

               Defendant.

CASE NO.: 19 Cr. 364 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This case has been referred to the undersigned for purposes of monitoring the status of Defendant's supervised release and to conduct status hearings (ECF No. 45). Accordingly, the supervised release hearing scheduled for Tuesday, August 30, 2022, at 10:30 am is now **RESCHEDULED** to **Monday, September 26, 2022, at 11:30 am** and will take place before Magistrate Judge Sarah L. Cave. The parties, including Mr. Alzanam are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            August 19, 2022

SO ORDERED.

*[signature]*

SARAH L. CAVE
**United States Magistrate Judge**