UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

REDHWAN ALZANAM,

          Defendant.

CASE NO.: 19 Cr. 364 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court scheduled a supervised release hearing for today, September 26, 2022, however, Mr. Alzanam did not appear. Accordingly, the supervised release hearing is hereby **RESCHEDULED** to **Friday, September 30, 2022, at 11:00 am** and will take place before Magistrate Judge Sarah L. Cave. The parties, including Mr. Alzanam are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
            September 26, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**