UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

REDHWAN ALZANAM,

            Defendant.

CASE NO.: 19 Cr. 364 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing currently scheduled for Friday, May 19, 2023 is **RESCHEDULED** to **Wednesday, May 24, 2023, at 3:00 p.m.** and will take place before Magistrate Judge Sarah L. Cave. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            April 25, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**