

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2023

**BY ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *United States* v. *Redhwan Alzanam*, 19 Cr. 364 (RMB)

Dear Judge Berman:

     Please be advised that I will be leaving the U.S. Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

     Thank you for the Court's consideration.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/ Mary E. Bracewell
       Mary E. Bracewell
       Assistant United States Attorney
       (212) 637-2218

---

Application is granted. Clerk's Office is respectfully requested to remove Ms. Bracewell as counsel of record.

SO ORDERED:
Date: 5/22/23

*Richard M. Berman, U.S.D.J.*