**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                      :
                                                                          :
                             Government,            :            19 CR. 364 (RMB)
                                                                          :
            - against -                             :            **ORDER**
                                                                          :
REDHWAN ALZANAM,                                    :
                             Defendant.               :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, September 20, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 388 770 889#

Dated: September 13, 2023
        New York, NY

                                                            _____
                                                             **RICHARD M. BERMAN**
                                                                  **U.S.D.J.**