UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                       :
                Government,        :       19 CR. 364 (RMB)
                                       :
        - against -                  :       **ORDER**
                                       :
REDHWAN ALZANAM,                       :
                Defendant.         :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, December 20, 2023 at 2:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 265 507 209#

Dated: December 13, 2023
       New York, NY

                                            _____
                                              **RICHARD M. BERMAN**
                                                     **U.S.D.J.**