Probation Form No. 35  
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 0208 1:19CR00364

Redhwan Belal Alzanam

On April 23, 2021, the above named was placed on Supervised Release for a period of 36 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Redhwan Belal Alzanam be discharged from Supervised Release under 18 U.S.C. § 3583.

Respectfully submitted,

by _____  
Maritza Almonte  
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  20  day of  December  , 2023  __  .

_Richard M. Berman_  
Honorable Richard M. Berman  
Senior U.S. District Judge